Richard B. Specter, SBN 114090
Diane L. Ellis, SBN 130628
Laura E. Mascheroni, SBN 196909
CORBETT, STEELMAN & SPECTER
A Professional Law Corporation
18200 Von Karman Avenue, Suite 900
Irvine, California 92612-1023
Telephone: (949) 553-9266
Facsimile: (949) 553-8454
e-mail: rspecter@corbsteel.com

Attorneys for Plaintiffs
ACACIA RESEARCH CORPORATION and
COMBIMATRIX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ACACIA RESEARCH CORPORATION, a Delaware corporation; and COMBIMATRIX CORPORATION, a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania insurance company; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. SA CV 05-501 PSG (MLGx)<br><br>Honorable Philip S. Gutierrez<br><br>[~~PROPOSED~~] JUDGMENT |

WHEREAS, the Court having found in favor of Plaintiffs ACACIA RESEARCH CORPORATION and COMBIMATRIX CORPORATION ("PLAINTIFFS"), as against Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("NATIONAL UNION"), pursuant to the Findings of Fact and Conclusions of Law Following Court Trial, filed by the Court on February 8, 2008,

///

///

-2-

IT IS HEREBY ORDER, ADJUDGED, AND DECREED THAT:

1. Plaintiffs shall recover from National Union the sum of $21,464,484.20 for actual damages incurred in excess of the policy retention;

2. Plaintiffs shall recover prejudgment interest on those damages at the rate of 10% per annum, which as of the original trial date of November 5, 2007, equals $9,606,497.42;

3. Plaintiffs shall recover prejudgment interest on those damages at the rate of 10% per annum, from November 5, 2007, through February 29, 2008, which equals $682,158.88;

4. Plaintiffs shall recover prejudgment interest on those damages at the rate of 10% per annum, from March 1, 2008, until entry of this Judgment, at the daily rate of $5,880.68, which equals $_____;

5. Plaintiffs shall further recover the sum of $310,492.99 for the present value of future royalty payments paid;

6. From the entry of Judgment until the date of payment, Plaintiffs shall recover post-judgment interest on all of the damages at the rate of 2.04%, as set forth by 28 U.S.C. § 1961, which equals ____ per day;

7. Plaintiffs are entitled to recover their attorneys' fees and costs incurred from National Union, pursuant to *Brandt v. Superior Court*, 37 Cal.3d 813 (1985), in the amount of _____; and

8. Plaintiffs are entitled to recover their costs of suit incurred in connection with this lawsuit from National Union in the amount of _____.

/ / /
/ / /
/ / /
/ / /
/ / /

     Plaintiffs' recovery of attorneys' fees, and the amount thereof, shall be determined by the Court by noticed Motion, to be filed within fifteen (15) days hereof.

     THAT JUDGMENT IN FAVOR OF PLAINTIFFS BE SO ENTERED.

DATED: _____

                                         PHILIP S. GUTIERREZ
                                         United States District Judge