Richard B. Specter, SBN 114090
Diane L. Ellis, SBN 130628
Laura E. Mascheroni, SBN 196909
CORBETT, STEELMAN & SPECTER
A Professional Law Corporation
18200 Von Karman Avenue, Suite 900
Irvine, California 92612-1023
Telephone: (949) 553-9266
Facsimile: (949) 553-8454
e-mail: rspecter@corbsteel.com

Attorneys for Plaintiffs
ACACIA RESEARCH CORPORATION and
COMBIMATRIX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ACACIA RESEARCH CORPORATION, a Delaware corporation; and COMBIMATRIX CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania insurance company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SA CV 05-501 PSG (MLGx)<br><br>Honorable Philip S. Gutierrez<br><br>[~~PROPOSED~~] AMENDED JUDGMENT |

WHEREAS, the Court having found in favor of Plaintiffs ACACIA RESEARCH CORPORATION and COMBIMATRIX CORPORATION ("PLAINTIFFS"), as against Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("NATIONAL UNION"), pursuant to the Findings of Fact and Conclusions of Law Following Court Trial, filed by the Court on February 8, 2008,

WHEREAS, Judgment was entered in favor of Plaintiffs, as against National Union, on March 1, 2008, and

WHEREAS, post-trial Motions have been heard and decided, in accordance therewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiffs shall recover from National Union the sum of $21,464,484.20 for actual damages incurred in excess of the policy retention;

2. Plaintiffs shall also recover from National Union prejudgment interest on those damages at the rate of 10% per annum, through February 29, 2008, which equals $10,288,656.30;

3. Plaintiffs shall also recover from National Union the sum of $310,492.99 for the present value of future royalty payments paid;

4. Plaintiffs shall also recover from National Union their attorneys' fees in the amount of $3,550,157.52;

5. Plaintiffs shall also recover from National Union their costs of suit incurred in the amount of $22,031.65; and

6. Plaintiffs shall also recover from National Union postjudgment interest on all unpaid sums, at the rate of 2.04%, compounded annually, from March 1, 2008, until the date of payment.

THAT JUDGMENT IN FAVOR OF PLAINTIFFS BE SO ENTERED.

DATED: _____

_____
PHILIP S. GUTIERREZ
United States District Judge