1  Richard B. Specter, SBN 114090
   Diane L. Ellis, SBN 130628
2  Laura E. Mascheroni, SBN 196909
   CORBETT, STEELMAN & SPECTER
3  A Professional Law Corporation
   18200 Von Karman Avenue, Suite 900
4  Irvine, California 92612-1023
   Telephone: (949) 553-9266
5  Facsimile: (949) 553-8454
   e-mail: rspecter@corbsteel.com
6
   Attorneys for Plaintiffs
7  ACACIA RESEARCH CORPORATION and
   COMBIMATRIX CORPORATION
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACACIA RESEARCH CORPORATION, a Delaware corporation; and COMBIMATRIX CORPORATION, a Delaware corporation, | Case No. SACV 05-501 PSG (MLGx) |
|---|---|
| | Hon. Philip S. Gutierrez |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| vs. | **[F.R.C.P. 41(a)(1)(A)(ii)]** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania insurance company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiffs Acacia Research Corporation and CombiMatrix Corporation and Defendant National Union Fire Insurance Company of Pittsburgh, PA, through their respective undersigned counsel, hereby stipulate that this matter is dismissed, with prejudice, in its entirety.

///

///

///

///

-2-

| | | |
|---|---|---|
| 1 | DATED: February 10, 2010 | CORBETT, STEELMAN & SPECTER |
| 2 | | A Professional Law Corporation |
| 3 | | |
| 4 | | By: _____/s/_____ |
| 5 | | Richard B. Specter |
| | | Attorneys for Plaintiffs |
| 6 | | ACACIA RESEARCH |
| | | CORPORATION and |
| 7 | | COMBIMATRIX CORPORATION |
| 8 | | |
| 9 | DATED: February 10, 2010 | SIDLEY AUSTIN LLP |
| 10 | | |
| 11 | | |
| 12 | | By: _____/s/_____ |
| | | Eric A. Shumsky |
| 13 | | Attorneys for Defendant |
| | | NATIONAL UNION FIRE |
| 14 | | INSURANCE COMPANY OF |
| | | PITTSBURGH, PA |

5760-001\10Feb10