| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Richard B. Specter, SBN 114090<br>Diane L. Ellis, SBN 130628<br>Laura E. Mascheroni, SBN 196909<br>CORBETT, STEELMAN & SPECTER<br>A Professional Law Corporation<br>18200 Von Karman Avenue, Suite 900<br>Irvine, California 92612-1023<br>Telephone: (949) 553-9266<br>Facsimile: (949) 553-8454<br>e-mail: rspecter@corbsteel.com |
| 7 | Attorneys for Plaintiffs<br>ACACIA RESEARCH CORPORATION and<br>COMBIMATRIX CORPORATION |

E-FILED 02-11-10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ACACIA RESEARCH CORPORATION, a Delaware corporation; and COMBIMATRIX CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania insurance company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. SACV 05-501 PSG (MLGx)<br><br>Hon. Philip S. Gutierrez<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

Plaintiffs Acacia Research Corporation and CombiMatrix Corporation and Defendant National Union Fire Insurance Company of Pittsburgh, PA, through their respective undersigned counsel, hereby stipulate that this matter is dismissed, with prejudice, in its entirety.

///

///

///

///

-2-

| | | |
|---|---|---|
| 1 | DATED:  February 10, 2010 | CORBETT, STEELMAN & SPECTER |
| 2 | | A Professional Law Corporation |

By:_____/s/_____
    Richard B. Specter
    Attorneys for Plaintiffs
    ACACIA RESEARCH
    CORPORATION and
    COMBIMATRIX CORPORATION

DATED: February 10, 2010    SIDLEY AUSTIN LLP

By: _____/s/_____
    Eric A. Shumsky
    Attorneys for Defendant
    NATIONAL UNION FIRE
    INSURANCE COMPANY OF
    PITTSBURGH, PA

**IT IS SO ORDERED.**

_____[signature]_____
**U.S. DISTRICT JUDGE**

5760-001\10Feb10

SACV 05-501 PSG (MLGx)
STIPULATION OF DISMISSAL